**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL LEE YOUNG,                                                                                   PETITIONER
ADC # 151918

v.                                              No. 5:14CV00372-JLH

WENDY KELLEY, Director,
Arkansas Department of Correction[1]                                                    RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Petitioner's cause of action is DISMISSED and the requested relief is denied. A certificate of appealability will not be issued.

SO ORDERED this 5th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] The Petition named Ray Hobbs as the Respondent. Mr. Hobbs retired on October 31, 2014, and was replaced by Larry Norris as Interim Director. Wendy Kelley was appointed as Director on January 13, 2015. Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Kelley is automatically substituted as the Respondent in place of Mr. Hobbs.